Exhibit 1

05/25/2023

Global Retool Group America (GRG)
Vinnie Longo
President Global Retool Group America LLC
7290 Kensington Road, Brighton, Michigan, 48073

Re: Supplier Engagement Agreement ("SEA") for Door & Fender Assembly + Hemming Lines (Inclusive to all Design & Fabrication, and all Pre-Series & Prototype Builds).

Dear Mr. Longo:

Canoo Technologies Inc. (Canoo Inc.) ("Canoo") is pleased to proceed with Global Retool Group America (GRG) ("Supplier") to supply the Door & Fender Assembly + Hemming Lines plus all pre-production units. (the Parts") for Canoo's Lifestyle program. Your acceptance of this letter will be considered your intent to partner with Canoo for the supply of the assembly equipment design & fabrication, plus units (parts) to Canoo pursuant to the terms and conditions of this SEA and Canoo Term's and Conditions.

We have based our determination on the below cost parameters and other commercial highlights discussed in response to our Request for Quotation:

Commercial Overview:

- Cost Details: See table below

| # | Station | Price |
|---|---------|-------|
| 1 | 1ST Assembly Module inclusive fixtures set for:<br>•Front Door Left<br>•Front Door Right<br>•Cargo Door<br>•Rear Door Right<br>•Rear Door Left | $ 6,275,305.23 |
| 2 | Hemming Module inclusive fixtures set for:<br>•Front Door Left<br>•Front Door Right<br>•Cargo Door<br>•Rear Door Right<br>•Rear Door Left<br>•Fender Left<br>•Fender Right | $ 5,460,218.96 |
| | | **Sub Total: $11,735,524.19** |
| 3 | Run Off activities at GRG and Canoo<br>Process verification (Simulation)<br>Prototype and Preseries build<br>Run Off activities at GRG and Canoo<br>Process verification (Simulation)<br>Prototype and Preseries build:<br>•x100 Prototype assemblies<br>•x1600 Pre-series assemblies<br><br>PIECEPRICE:<br>x1 Left Door Assembly: $8.46<br>x1 Right Door Assembly: $8.46<br>x1 Cargo Door Assembly: $8.46<br>x1 Fender Left Assembly: $8.46<br>x1 Fender Right Assembly: $8.46<br>x1 Rear Left Door Assembly: $8.46<br>x1 Rear Left Door Assembly: $8.46<br><br>Pricing may changed based on quantity changes | $ 1,873,758.37 |
| | | **Grand Total: $13,609,282.56** |

- Payment Schedule & Milestone estimates:

| | Term | Percentage | Invoice date | Payment date | Payment |
|---|---|---|---|---|---|
| Phase #1 | With PO, Net 0 | 100% | May-23 | May-23 | $ 500,000.00 |
| Phase #2 | With PO, Net 0 | 30% | Jun-23 | Jun-23 | $ 801,267.45 |
| | Received at GRG, Net 30 | 70% | Oct-23 | Nov-23 | $ 2,430,511.27 |
| Phase #3 | With PO, Net 0 | 30% | Jul-23 | Jul-23 | $ 1,746,009.32 |
| | Start assembly, Net 30 | 40% | Sep-23 | Oct-23 | $ 3,484,433.81 |
| | Final Approval (Dry run in auto mode), Net 30 | 30% | Dec-23 | Jan-24 | $ 1,746,009.32 |
| Phase #4 | With PO, Net 0 | 30% | Nov-23 | Nov-23 | $ 909,866.59 |
| | Start assembly, Net 30 | 40% | Apr-24 | May-24 | $ 1,137,819.89 |
| | Final approval, Net 30 | 30% | Jul-24 | Aug-24 | $ 853,364.92 |

Other Commercial Highlights:
- Supplier Manufacturing Location: 7290, Kensington Road, Brighton, MI, 48116
- Model Year and Program Name: Lifestyle Vehicle
- Anticipated Start of Production Date: Q4 2023
- Project Description: Door & Fender Assembly + Hemming Lines
    - (Inclusive to all Design & Fabrication, and all Pre-Series & Prototype Builds)
- Part Number(s): See reference above
- Project Kick-off Date: June 2023
- Payment Terms: Net 30

It is understood and agreed that the parties will continue to work in good faith to meet or optimize Cost estimates and to achieve overall program affordability as the design for the equipment CapEX & Parts are finalized and the terms of supply are further refined. Further adjustments to the Statement of Work ("SOW") may be provided, where available; however, as the design for the CapEx equipment and Parts are finalized, roles and responsibilities will be continued defined. Firm pricing will also be finalized and documented by way of a Supply Agreement between Canoo and Supplier, which shall incorporate Canoo's General Terms and Conditions for the Purchase of Materials and Automotive Components ("T&Cs"), prior to start of production.

Once the design for the parts is released and the Supply Agreement is signed by the parties, Canoo shall issue one or more Purchase Orders for supply of the Parts and production tool orders to be governed by the T&Cs.

This SEA, together with Canoo's Request for Quotation and any Mutual-Nondisclosure Agreement, Collaboration Agreement or other duly assigned agreement between the parties, shall constitute the sole and entire understanding and agreement between the parties with respect to the subject matter contained herein, and supersedes all prior and contemporaneous understandings, agreements, representations, and warranties, both written and oral, with respect to such subject matter. Any additional or different terms proposed by Supplier, whether in Supplier's quotation, acknowledgement, invoice, general or special terms and conditions of sale or otherwise, are unacceptable to Canoo, and are hereby expressly rejected by Canoo.

Sincerely,

Mike Hardin
HEAD OF PURCHASING

Agreed and Accepted:

Global Retool Group (GRG)

By: [signature]

Date: 05/25/2023
Name: Vinnie Longo
Title: President Global Retool Group North America LLC