Exhibit 2

```
    |        |
—   C A N O O   —
    |        |
```

# Purchase Order 00015235

*Supplier Details:*

| | |
|---|---|
| Company | Global Retool Group America LLC |
| Contact | Vincenzo Longo |
| Email | vlongo@grg-america.com |
| Address | 7290 KENSINGTON RD |
| | BRIGHTON, MI LIVINGSTON48116 |

*Submit your response to:*

| | |
|---|---|
| Company | Canoo Technologies Inc. |
| Contact | Logan Iudiciani |
| Address | 19951 Mariner Avenue |
| | TORRANCE, CA 90503 |
| Phone | |
| Fax | |
| E-mail | logan.iudiciani@canoo.com |

This document has important legal consequences. The information contained in this document is proprietary of Canoo Technologies Inc.. It shall not be used, reproduced, or disclosed to others without the express and written consent of Canoo Technologies Inc..

All invoices must be sent to ap-invoices@canoo.com and reference a valid PO number, to avoid payment delays.
Payment inquires can be sent to ap@canoo.com

Where this purchase order relates to the purchase and supply of automotive systems or components being incorporated into Canoo vehicles, Canoo's General Terms and Conditions for the Purchase of Production Materials and Automotive Components, a copy of which has been provided to Supplier as part of the Request for Quotation packet or is available upon request, and any other duly executed agreement(s) between the Parties, shall apply and are incorporated herein by reference. Where this purchase order relates to the purchase and supply of any other types of goods or services, Canoo's General Terms and Conditions for the Purchase of Goods and Services, which are available at https://www.canoo.com/legal/, or any other duly executed agreement(s) between the Parties, shall apply and are incorporated herein by reference. Capitalized terms not otherwise defined herein shall have the meaning set forth in the operative Terms and Conditions or duly executed agreement(s) between the Parties. Unless otherwise specified by Canoo, any parts purchased shall be imported to the United States as pre-production prototype parts to be used exclusively for development, testing, product evaluation, or quality control purposes and therefore should be classified as duty-free under the U.S. Harmonized Tariff Schedule.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Purchase Order 00015235** | | | | |
| | | | Order | | | 00015235 |
| | | | Order Date | | | 14-JUN-2023 |
| | | | Change Order | | | 0 |
| | | | Change Order Date | | | 14-JUN-2023 |
| | | | Revision | | | 0 |
| | | | Ordered | | | 10,708,231.17 USD |

| | | | | |
|---|---|---|---|---|
| Sold To | **Canoo Technologies Inc.**<br>**19951 Mariner Avenue**<br>**TORRANCE, CA 90503** | Supplier | **Global Retool Group America LLC**<br>**7290 KENSINGTON RD**<br>**BRIGHTON, MI LIVINGSTON48116** | |
| Bill To | **Canoo Technologies Inc.**<br>**19951 Mariner Ave**<br>**TORRANCE, CA 90503**<br>**UNITED STATES** | Ship To | **1430 E 10 Mile Rd #350**<br>**HAZEL PARK, MI 48030**<br>**UNITED STATES** | |

| Supplier Number | Payment Terms | Freight Terms | FOB | Location | Shipping Method |
|---|---|---|---|---|---|
| **13157** | **Net 60** | **Collect** | **DDP** | **DDP Oklahoma** | **AEL-Truckload-General** |

| Buyer | Currency | Requestor |
|---|---|---|
| **Logan Iudiciani** | **USD** = **US Dollar** | **Levi Hollingsworth** |

**Notes**: PO is inclusive of Pre-Series & Prototype assemblies that date estimates are from October 2023 to May 2024. However, not exclusive to that date range, but are meant to be inclusive to all volume needs up to 4 JPH, Through-put rate will vary from manual build rates (pre-series) up to 4JPH per hour.

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| 1 | | Phase I<br>Down Payment<br>100% down<br>TERMS: NET 0 | 500,000.00 | 1 | Dollar | 500,000.00 | N |
| | | **Supplier Item**   Automated Door Line | | | | | |
| | | **Requested**<br>5/23/23   **Promised** | | 1 | Dollar | 500,000.00 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | | Line Total | 500,000.00 |
|---|---|---|---|---|---|---|---|
| 2 | | Phase II<br>30%<br>TERMS: NET 0 | 801,267.45 | 1 | Dollar | 801,267.45 | N |
| | | **Supplier Item**   Automated Door Line | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |

**CANOO**

**Purchase Order 00015235**

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
| | | | **Requested** 6/22/23 | **Promised** | 1 | Dollar | 801,267.45 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | Line Total | 801,267.45 |
|---|---|---|---|---|---|---|

| 3 | | Phase II 70% TERMS: NET 30 | 2,430,511.27 | 1 | Dollar | 2,430,511.27 | N |
|---|---|---|---|---|---|---|---|
| | | **Supplier Item** Automated Door Line | | | | | |
| | | | **Requested** 10/22/23 | **Promised** | 1 | Dollar | 2,430,511.27 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | Line Total | 2,430,511.27 |
|---|---|---|---|---|---|---|

| 4 | | Phase III 30% TERMS: NET 0 | 1,746,009.32 | 1 | Dollar | 1,746,009.32 | N |
|---|---|---|---|---|---|---|---|
| | | **Supplier Item** Automated Door Line | | | | | |
| | | | **Requested** 7/22/23 | **Promised** | 1 | Dollar | 1,746,009.32 | |

Requested and Promised Dates correspond to the date of arrival at the Ship-to Location.

| | | | | | Line Total | 1,746,009.32 |
|---|---|---|---|---|---|---|

| 5 | | Phase III 40% TERMS: NET 30 | 3,484,433.81 | 1 | Dollar | 3,484,433.81 | N |
|---|---|---|---|---|---|---|---|
| | | **Supplier Item** Automated Door Line | | | | | |

```
  |       |
- C A N O O -
  |       |
```
**Purchase Order 00015235**

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|---|---|---|---|---|---|---|---|
|  |  | **Requested** 9/22/23 | **Promised** | 1 | Dollar | 3,484,433.81 |  |
|  |  | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. |  |  | Line Total | 3,484,433.81 |  |
| 6 |  | Phase III 30% TERMS: NET 30 | 1,746,009.32 | 1 | Dollar | 1,746,009.32 | N |
|  |  | **Supplier Item**   Automated Door Line |  |  |  |  |  |
|  |  | **Requested** 11/30/23 | **Promised** | 1 | Dollar | 1,746,009.32 |  |
|  |  | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. |  |  | Line Total | 1,746,009.32 |  |
| 7 |  | Phase IV 30% TERMS: NET 0 | 909,866.59 | 1 | Dollar | 909,866.59 | N |
|  |  | **Supplier Item**   Automated Door Line |  |  |  |  |  |
|  |  | **Requested** 11/22/23 | **Promised** | 1 | Dollar | 909,866.59 |  |
|  |  | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. |  |  | Line Total | 909,866.59 |  |
| 8 |  | Phase IV 40% TERMS: NET 30 | 1,137,819.89 | 1 | Dollar | 1,137,819.89 | N |
|  |  | **Supplier Item**   Automated Door Line |  |  |  |  |  |

CANOO

**Purchase Order 00015235**

| Line | Item | Description | Price | Quantity | UOM | Ordered | Taxable |
|------|------|-------------|-------|----------|-----|---------|---------|
| | | **Requested** 4/23/24 | **Promised** | 1 | Dollar | 1,137,819.89 | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 1,137,819.89 | |
| 9 | | Phase IV 30% TERMS: NET 30 | 853,364.92 | 1 | Dollar | 853,364.92 | N |
| | | **Supplier Item** Automated Door Line | | | | | |
| | | **Requested** 7/23/24 | **Promised** | 1 | Dollar | 853,364.92 | |
| | | Requested and Promised Dates correspond to the date of arrival at the Ship-to Location. | | | | | |
| | | | | | Line Total | 853,364.92 | |
| | | | | | **Total** | **10,708,231.17** | |